154

## FRANK v. STATE.
### No. 18867.

Court of Criminal Appeals of Texas.
March 17, 1937.

Shead & Smith, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing narcotics; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment is affirmed.